MERCHANTS TRANSFER AND STORAGE COMPANY, Respondent, *v.* JERRY LIPMANN et al., Copartners under the Firm Name of LIPMANN AND MELNIKER, Appellants.

(Argued November 18, 1930; decided December 2, 1930.)

*Robert H. Koehler* for appellants.
*Charles C. Schwartz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.